IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00920-MEH

JARVIS MOSS,

    Plaintiff,

v.

INTEGRAL RECOVERIES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 16, 2014**.

    The Plaintiff's [Unopposed] Motion to Appear by Telephone [filed June 16, 2014; docket #8] is **granted**. Plaintiff shall contact chambers at (303) 844-4507 on July 9th, 2014 at 10:00 a.m.