IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-00920-MEH

JARVIS MOSS,

    Plaintiff,

v.

INTEGRAL RECOVERIES, INC.,

    Defendant.

## DISMISSAL OF CASE WITH PREJUDICE

Before the Court is a Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) [filed March 3, 2015; docket #22]. The Court finds the Stipulation and terms of the dismissal proper. In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is **DISMISSED WITH PREJUDICE**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 3rd day of March, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge